IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM LUCENA SOTO

EVELYN LOPEZ RAMIREZ

XXX-XX-6698

XXX-XX-5597

Debtor(s)

CASE NO. 15-05896 EAG

Chapter 13

**FILED & ENTERED ON 03/02/2016**

ORDER

Trustee's objection to claim # 5 filed by Cooperativa A/C de Lajas (docket #36) is hereby granted. Claim is allowed as general unsecured.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 02 day of March, 2016.

Edward A Godoy
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    MIRIAM SOCORRO LOZADA RAMIREZ
    JOSE RAMON CARRION MORALES
    COOPERATIVA A/C DE LAJAS